UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    JEFFERY A PARENTI

Debtor(s)

Case No. 11-42265

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/18/2011.

2) The plan was confirmed on 03/29/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 11/21/2016.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order: $0.00.

9) Total value of assets exempted: $26,900.00.

10) Amount of unsecured claims discharged without payment: $293,184.68.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $43,980.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $43,980.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,762.84 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,762.84

Attorney fees paid and disclosed by debtor:    $1,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADT | Unsecured | 769.29 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL | Unsecured | 23,558.24 | 23,558.24 | 23,558.24 | 1,118.71 | 0.00 |
| ALVI MEDICAL SERVICES | Unsecured | 65.20 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 3,945.01 | 3,841.01 | 3,841.01 | 182.40 | 0.00 |
| CAB SERVICES INC | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE PHYSICIAN GROU | Unsecured | 7.90 | NA | NA | 0.00 | 0.00 |
| CITY OF JOLIET | Unsecured | 83.21 | NA | NA | 0.00 | 0.00 |
| CLINICAL ASSOC IN MED LLC | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 2,785.31 | 1,100.29 | 1,100.29 | 52.25 | 0.00 |
| CSC LOGIC/BAYVIEW FINANCIAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| DENTAL WORKS/DC PARTNERS INC | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE EMERGENCY PHYSICIANS | Unsecured | 499.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 563.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE VALLEY ANESTHESIOLOGI | Unsecured | 61.20 | NA | NA | 0.00 | 0.00 |
| EDWARD AND LINDEN OAKS HOSPI | Unsecured | 150.00 | 122.80 | 122.80 | 5.83 | 0.00 |
| EDWARD AND LINDEN OAKS HOSPI | Unsecured | NA | 108.30 | 108.30 | 5.14 | 0.00 |
| EDWARD AND LINDEN OAKS HOSPI | Unsecured | NA | 108.30 | 108.30 | 5.14 | 0.00 |
| EDWARD AND LINDEN OAKS HOSPI | Unsecured | NA | 148.20 | 148.20 | 7.04 | 0.00 |
| EDWARD AND LINDEN OAKS HOSPI | Unsecured | NA | 108.30 | 108.30 | 5.14 | 0.00 |
| EDWARD AND LINDEN OAKS HOSPI | Unsecured | NA | 121.70 | 121.70 | 5.78 | 0.00 |
| EDWARD AND LINDEN OAKS HOSPI | Unsecured | NA | 108.30 | 108.30 | 5.14 | 0.00 |
| EDWARD AND LINDEN OAKS HOSPI | Unsecured | NA | 115.50 | 115.50 | 5.48 | 0.00 |
| EDWARD AND LINDEN OAKS HOSPI | Unsecured | NA | 348.00 | 348.00 | 16.53 | 0.00 |
| EDWARD AND LINDEN OAKS HOSPI | Unsecured | NA | 273.10 | 273.10 | 12.97 | 0.00 |
| EDWARD AND LINDEN OAKS HOSPI | Unsecured | NA | 339.06 | 339.06 | 16.10 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| EDWARD AND LINDEN OAKS HOSPIT | Unsecured | NA | 592.06 | 592.06 | 28.12 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 1,135.30 | 958.28 | 958.28 | 45.51 | 0.00 |
| ELMHURST CLINIC | Unsecured | 15.64 | NA | NA | 0.00 | 0.00 |
| FAMILY HEALTH CTR PLAINFIELD | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| FIRST MIDWEST BANK | Secured | 19,891.61 | 19,891.61 | 19,891.61 | 19,891.61 | 0.00 |
| FIRST MIDWEST BANK | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HEARTLAND CARDIOVASCULAR CE | Unsecured | 103.20 | NA | NA | 0.00 | 0.00 |
| HINSDALE ORTHOPAEDIC ASSOC | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 86.80 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | NA | 1,355.33 | 1,355.33 | 1,355.33 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 200.00 | 314.86 | 314.86 | 14.95 | 0.00 |
| INSTITUTE FOR PERSONAL DEVELO | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| JOLIET CARDIOLOGY CENTER | Unsecured | 1.40 | NA | NA | 0.00 | 0.00 |
| JOLIET CENTER FOR CLINICAL RESE | Unsecured | 780.00 | NA | NA | 0.00 | 0.00 |
| JOLIET RADIOLOGICAL SERVICE | Unsecured | 382.00 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING INC | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| KURTZ AMBULANCE SERVICE | Unsecured | 1,085.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY & PATHOLOGY DIAG | Unsecured | 5.40 | NA | NA | 0.00 | 0.00 |
| LAKE OF THE WOODS REGIONAL SE | Unsecured | 298.18 | NA | NA | 0.00 | 0.00 |
| LINDEN OAKS HOSPITAL | Unsecured | 545.50 | NA | NA | 0.00 | 0.00 |
| M&M ORTHOPEDICS | Unsecured | 40.40 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 499.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 1,087.80 | NA | NA | 0.00 | 0.00 |
| MICHAEL J REICHERTS | Unsecured | 461.60 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 452.85 | 500.98 | 500.98 | 23.79 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 1,843.16 | 1,843.16 | 87.53 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 35,521.48 | 35,521.48 | 1,686.80 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 1,101.10 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 1,225.00 | NA | NA | 0.00 | 0.00 |
| MUHAMMAD A SHAHZAD | Unsecured | 14.50 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE EAR NOSE & THROAT | Unsecured | 50.40 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE RADIOLOGISTS | Unsecured | 359.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE SURGICAL ASSOCIATE | Unsecured | 24.60 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 33.43 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 172.11 | NA | NA | 0.00 | 0.00 |
| OSWEGO FIRE PROTECTION | Unsecured | 730.00 | NA | NA | 0.00 | 0.00 |
| PARTNERS IN PRIMARY CARE | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| PAYMENT PLAN PROCESSING | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| PHH MORTGAGE CORP | Secured | 5,192.05 | 5,192.05 | 5,192.05 | 5,192.05 | 0.00 |
| PHH MORTGAGE CORP | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PLAINFIELD HS CENTRAL CAMPUS | Unsecured | 210.19 | NA | NA | 0.00 | 0.00 |
| PLANTATION BILLING CENTER | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| POWERS & MOON | Unsecured | 540.00 | NA | NA | 0.00 | 0.00 |
| PREMIER DERMATOLOGY | Unsecured | 84.20 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| RIVERSIDE PSYCHIATRIC & COUNSE | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SUBURBAN RADIOLOGISTS | Unsecured | 6.10 | NA | NA | 0.00 | 0.00 |
| SUPERIOR AIR GROUND AMBULANC | Unsecured | 981.50 | NA | NA | 0.00 | 0.00 |
| THD CBSD | Unsecured | 370.28 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 33,682.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VILLAGE OF BRIDGEVIEW | Unsecured | 220,014.80 | 220,014.80 | 220,014.80 | 10,447.82 | 0.00 |
| VILLAGE OF PLAINFIELD | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $25,083.66 | $25,083.66 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$25,083.66** | **$25,083.66** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,355.33 | $1,355.33 | $0.00 |
| **TOTAL PRIORITY:** | **$1,355.33** | **$1,355.33** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$290,146.72** | **$13,778.17** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,762.84 |
| Disbursements to Creditors | $40,217.16 |
| **TOTAL DISBURSEMENTS :** | **$43,980.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/03/2017                        By: /s/ Glenn Stearns
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**